# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162975(47)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PARIS NICOLE SMITH,
      Defendant-Appellant.
_____/

SC: 162975
COA: 351615
Wayne CC: 12-000894-FC

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 15, 2021. No further extensions will be granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2021



Clerk